BEFORE THE SECOND DIVISION, MAY 17, 1960

No. 64203.—S. P. Skinner Co., Inc. *v.* United States, protests 229858–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.

No. 64204.—Copco Eastern, Ltd. *v.* United States, protests 299919–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of mining and construction machines, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 17, 1960

No. 64205.—Joseph Dixon Crucible Co. *v.* United States, protests 59/16773, 59/15265, and 59/11062 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of amorphous graphite the same in all material respects as that the subject *The Asbury Graphite Mills, Inc., et al.* v. *United States* (42 Cust. Ct. 141, C.D. 2077), the claim of the plaintiff was sustained.